IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COMPREHENSIVE HEALTHCARE )
MANAGEMENT SERVICES, LLC, d/b/a )
BRIGHTON REHABILITATION AND )
WELLNESS CENTER, f/d/b/a )
FRIENDSHIP RIDGE, )
          Plaintiff, )
           )
vs )          Civil Action No. 16-358
           )
SEIU HEALTHCARE PENNSYLVANIA, )
CTW, CLC, )
          Defendant. )

## O R D E R

AND NOW, this **14th** day of December, 2016, after the plaintiff, Comprehensive

Healthcare Management Services, LLC, filed an action in the above-captioned case, and after a

cross-motions for summary judgment were submitted by the plaintiff and the defendant, SEIU

Healthcare Pennsylvania, CTW, CLC, and after a Report and Recommendation was filed by the

United States Magistrate Judge granting the parties a period of time after being served with a

copy to file written objections thereto, and no objections having been filed, and upon

independent review of the motion and the record, and upon consideration of the Magistrate

Judge's Report and Recommendation (ECF No. 34), which is adopted as the opinion of this

Court,

          IT IS ORDERED that plaintiff's motion for summary judgment (ECF No. 20) is

denied.

          IT IS FURTHER ORDERED that defendant's motion for summary judgment

(ECF No. 24) is granted.

Mark R. Hornak
United States District Judge